07/07/2026

FILED
MAILROOM

JUL 17 2026

CLERK, U.S. D...
ALEXANDRIA VIRGINIA

UNited States District Court

for the

Eastern District of Virginia

Alexandria Division


United States of America

v.

Orayl INgram                    CASE NO. 1:21-CR-283

Defendant



                Motion to Unseal


This Day came the defendant, Orayl Ingram, requesting this Lawful

Court to unseal and make public the record from a probation

violation revocation hearing to which he was the subject of.

Defendant plans to imminently file a habeas corpus in the Supreme

Court of Virginia for criminal case No. CF24F00101-01/02 but needs

the transcripts from the probation revocation hearing conducted in this

COurt on APril 3, 2024. Crucial testimony was given by officers on

the Alexandria POlice Department that is extremely important

to the success of the habeas Defendant intends to file. Without

the Transcripts of the hearing , Defendant would unfairly be subjacated

to attempt to proceed in his habeas without exculpatory evidence

that otherwise would be extremely favorable evidence to the granting of the habeas corpus. As such , defendant request that this COurt unseals the hearing for his probation violation on April 3, 2024 and forwards a copy of the transcripts to him. All cost for such shall be paid out of the appropiation for criminal charges pursuant to §§ 19.2-165 and 19.2-166 of Virginia COde.

Respectfully Submitted,

signature of defendant

Address of defendant

ORAH INGRAM #2107681

VA Doc Centralized Mail

Distribuition Center

3521 Woods Way,

State Farm, VA 23160

Address of Respondent

The Office of the Attorney General
For the United States
U.S. Department of Justice
950 Pennsylvania Avenue.
Washington, DC 20530

Certificate of Service

I certify that on the ___7 day of __July__, 2026, I mailed a copy of the foregoing document to the attorney for the respondent at the address noted immediately below, by first class mail, with postage pre paid:

The Office of the Attorney General For the United States
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

Defendant signature

Commonwealth of Virginia
County of _Richmond_

The above named ~~petitioner~~ being First duly sworn, says:
Crayl Ingram signed and acknowledged as his own the
foregoing petition, and the facts and allegations stated in this
petition are true to the best of his information and belief.

_____
signature of petitioner

_Valerie Joy Parker_
Notary Public

This day the above signed person did appear ~~before~~ me and
subscribed and sworn to ~~before~~ me this _1th_ day of _July_,
2026.
My commission expires: _December 31, 2029_
My notary Number is: _00379784_

VALERIE JOY PARKER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION # 00379784
MY COMMISSION EXPIRES DECEMBER 31, 2029

SEAL